UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH EMERSON,

    Plaintiff,                                     Case No. 16-cv-10981
                                               Hon. Matthew F. Leitman

v.

UA LOCAL 50, *et al.*,

    Defendants.

_____/

## **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

On March 16, 2016, Plaintiff Joseph Emerson ("Emerson") filed a document that he captioned "CHANGE OF VENUE." (*See* ECF #1.) Although the document is difficult to decipher, it appears that Emerson is attempting to remove to this Court three pending actions that he has filed in a Toledo, Ohio state court. (*See id.* at 1, Pg. ID 1.)

The federal removal statute, 28 U.S.C. § 1441(a), provides, in pertinent part, that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction . . . may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." Under the statute, removal to this Court is improper because, among other things, (1) Emerson is the plaintiff in

1

this action, and (2) Emerson's actions are not pending in a state court within the Eastern District of Michigan.

Accordingly, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 31, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 31, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113